# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. RICKMERS,<br><br>        Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 14-7345 MRW<br><br>JUDGMENT |

    It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: April 7, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE